| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | **VOLUNTARY PETITION** |
|---|---|

| IN RE (Name of debtor-if individual, enter Last, First, Middle)<br>**STORJOHANN, MICHAEL J.** | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle)<br>**STORJOHANN, KRYSTYNA** |
|---|---|
| ALL OTHER NAMES used by the debtor in the last 6 years<br>(including married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(include married, maiden and trade names) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>***-**-7506 | SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>***-**-0926 |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br><br>6419 W. Irving Park, Chicago, IL 60634 | STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br><br>6419 W. Irving Park, Chicago, IL 60634 |

*Chapter 13w/No Plan*

| | COUNTY OF RESIDENCE OR<br>PRINCIPAL PLACE OF BUSINESS<br>Cook | | COUNTY OF RESIDENCE OR<br>PRINC. PLACE OF BUSINESS |
|---|---|---|---|

| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
|---|---|

| LOCATION OF PRINCIPLE ASSETS OF BUSINESS DEBTOR<br>(If different from addresses listed above) | VENUE (Check one box) |
|---|---|

[X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| TYPE OF DEBTOR (Check one box) | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|

**TYPE OF DEBTOR (Check one box)**
[x] Individual                    [ ] Corporation Publicly Held
[ ] Joint (H&W)                   [ ] Corporation Not Publicly Held
[ ] Partnership                   [ ] Municipality
[ ] Other

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)**
[ ] Chapter 7      [ ] Chapter 11      [x] Chapter 13
[ ] Chapter 9      [ ] Chapter 12      [ ] §304-Case Ancillary to Foreign Proceeding

SMALL BUSINESS (Ch. 11 only)
[ ] Debtor is a small business as defined in 11 U.S.C. §101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. §1121(e). (optional)

**NATURE OF DEBT (Check one box)**
[X] Non-Business Consumer          [ ] Business – Complete A&B Below

FILING FEE (Check one box)
[X] Filing fee attached.
[ ] Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1001(b); see Official Form Number 3.

**A. TYPE OF BUSINESS (Check one box)**
[ ] Farming            [ ] Transportation      [ ] Commodity Broker
[ ] Professional       [ ] Mfg./Mining         [ ] Construction
[ ] Retail/Wholesale   [ ] Stockbroker         [ ] Real Estate
[ ] Railroad           [ ] Other Business

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
Christine R. Piesiecki
Illinois Registration No. 6196644
9800 S. Roberts Rd., Suite 205, Palos Hills, IL 60465
Telephone: 708-233-6833

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

NAME OF ATTORNEY DESIGNATED TO REPRESENT THE DEBTOR
Christine R. Piesiecki

| STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. §604)<br>(Estimates only)(Check applicable boxes) | NAME OF ATTORNEY DESIGNATED TO REPRESENT THE DEBTOR<br>Christine R. Piesiecki |
|---|---|

[ ] Debtor estimates that funds will be available for distribution to unsecured creditors
[X] Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors

[ ] Debtor is

not repres

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/28/2004
Time: 14:09:06
Debtor: MICHAEL L STORJOHANN    Fee : 194
Case: 04-27948     3093024
Chapter: 13 Rec. :
Judge: Jacqueline Cox
341 mtg: 08/23/2004 @ 02:30PM
ConfHrg: 09/20/2004 @ 10:30AM
Trustee: TOM VAUGHN

**ESTIMATED NUMBER OF CREDITORS**

| [ ] 1-15 | [x] 16-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 10 |
|---|---|---|---|---|---|

**ESTIMATED ASSETS (in thousands of dollars)**

| [ ] Under 50 | [ ] 50-99 | [ ] 100-499 | [x] 500-999 | [ ] 1000-9999 | [ ] 10,<br>99,0 |
|---|---|---|---|---|---|

**ESTIMATED LIABILITIES (in thousands of dollars)**

| [ ] Under 50 | [ ] 50-99 | [ ] 100-499 | [x] 500-999 | [ ] 1000-9999 | [ ] 10,0<br>99,0 |
|---|---|---|---|---|---|

**ESTIMATED NUMBER OF EMPLOYEES – CH 11 & 12 ONLY**

| [ ] 0 | [ ] 1-19 | [ ] 20-999 | [ ] 100-999 | [ ] 1000-over |
|---|---|---|---|---|

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS – CH. 11 & 12 ONLY**

| [ ] 0 | [ ] 1-19 | [ ] 20-99 | [ ] 100-999 | [ ] 1000-over |
|---|---|---|---|---|

1:04BK27948-BK001

| **Voluntary Petition** (This page must be completed and filed in every case) | **Name of Debtor(s):** Storjohann, Michael J. and Krystyna |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature(s) of Debtor(s) (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. If debtor is a corporation filing under chapter 11, United States Code, Specified in this petition |
| x _Michael J. Storjohann_ Signature of Debtor | x _____ Signature of Authorized Individual |
| x _Krystyna Storjohann_ Signature of Joint Debtor | _____ Print of Type Name of Authorized Individual |
| _____ Telephone (If not represented by attorney) | _____ Title of Authorized Individual by Debtor to File this Petition |
| _____ Date | _____ Date |
| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
| x _Christine R. Piesiecki_ Signature of Attorney for Debtor | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document |
| CHRISTINE R. PIESIECKI Illinois Registration No. 6196644 9800 South Roberts Road, Suite 205 Palos Hills, IL 60465 Phone: 708-233-6833 | _____ Printed Name of Bankruptcy Petition Preparer |
| | _____ Social Security Number |
| | _____ Address |
| _____ Date | |
| **EXHIBIT A** | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | |
| [ ] Exhibit A is attached and made part of this petition. | |
| **EXHIBIT B** | If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person. |
| (To be completed if debtor is an individual whose debts are primarily consumer debts.) | X _____ Signature of Bankruptcy Petition Preparer |
| I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. | _____ Date |
| x _Christine R. Piesiecki_ _____ Signature of Attorney for Debtor(s)       Date | A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11U.S.C. §110; 18 U.S.C. §156. |

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re: Storjohann, Michael J. and Krystyna, Debtor(s)          Case No.          (if known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

1.    The undersigned is the attorney for the debtor(s) in this case.

2.    The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
      (a)    for legal services rendered or to be rendered in contemplation of and in
             connection with this case                                                          $2,000.00
      (b)    prior to filing this statement, debtor(s) has paid                                  $  806.00
      (c)    the unpaid balance due and payable is                                              $1,194.00

3.    $194.00 of the filing fee in this case has been paid

4.    The services rendered or to be rendered include the following:
      (a)    analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining
             whether to file a petition under title 11 of the United States Code.
      (b)    preparation and filing of the petition, schedules, statement of affairs and other documents required by
             the court.
      (c)    representation of the debtor(s) at the meeting of creditors.

5.    The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation
      for services performed.

6.    The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any,
      will be from earnings, wages and compensation for services performed.

7.    The undersigned has received no transfer, assignment or pledge of property except the following for value stated:

      NO EXCEPTIONS

8.    The undersigned has not shares or agreed to share with any other entity, other than with members of the
      undersigned's law firm, any compensation paid or to be paid except as follows:

      NO EXCEPTIONS

Dated:  7/26/04                                          Respectfully submitted,

                                                         _____
                                                         Attorney for Petitioner

CHRISTINE R. PIESIECKI
9800 South Roberts Road, Suite 205
Palos Hills, IL 60465
708-233-6833

In re: **Storjohann, Michael J. and Krystyna**, Debtor(s)　　　　　Case No.　　　　　　(if known)

## SCHEDULE A – REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 6419 W. Irving Park, Chicago, IL 6063 | Fee Simple | | $355,000.00 | $303,762.00 |
| 2 Flat at 3106 N. Lawndale, Chicago, IL 60618 | Fee Simple | | $365,000.00 | $348,216.25 |
| Total | | | $720,000.00 | (Report also on Summary of Schedules) |

## SCHEDULE B – PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | N | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Plaza Bank, business account<br>Bank One, checking | W J | $ 1,500.00<br>$    500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords and others | N | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | Misc. Household Goods and Furnishings | | $ 3,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc and other collections or collectibles. | N | | | |
| 6. Wearing apparel. | | Misc. Wearing Apparel | | $   500.00 |
| 7. Furs and jewelry. | N | | | |
| 8. Firearms and sports, photo-graphic and other hobby equipment. | N | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | N | | | |

## SCHEDULE B - PERSONAL PROPERTY

In re: **Storjohann, Michael J. and Krystyna**, Debtor(s)          Case No.          (if known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10.  Annuities. Itemize and name each issuer. | N | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | N | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | N | | | |
| 13.  Interest in partnerships or joint ventures. Itemize. | N | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | N | | | |
| 15.  Accounts receivable. | N | | | |
| 16.  Alimony, maintenance, support and property settlements to which the debtor is or may be entitled. Give particulars. | N | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | N | | | |
| 18.  Equitable or future interests, life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | N | | | |
| 19.  Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | N | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | N | | | |
| 21.  Patents, copyrights and other intellectual property. Give particulars. | N | | | |
| 22.  Licenses, franchises and other general intangibles. Give particulars. | N | | | |
| 23.  Automobiles, trucks, trailers and other vehicles and accessories. | | 2003 Mazda MPV<br>2000 Lexus 300 | | $17,000.00<br>$22,000.00 |
| 24.  Boats, motors and accessories. | N | | | |
| 25.  Aircraft and accessories. | N | | | |
| 26.  Office equipment, furnishings and supplies. | N | | | |
| 27.  Machinery, fixtures, equipment and supplies used in business. | | Cash register, fax machine, shelves, displays, counters | | $  600.00 |
| 28.  Inventory. | | Misc. flowers, plants and decorative floral items | | $  800.00 |
| 29.  Animals. | N | | | |
| 30.  Crops – growing or harvested. Give particulars. | N | | | |
| 31.  Farming equipment and implements. | N | | | |
| 32.  Farm supplies, chemicals and feed. | N | | | |
| 33.  Other personal property of any kind not already listed. Itemize. | N | | | |

Continuation sheets attached

(Report total also on Summary of Schedules)   TOTAL   $45,900.00

In re: **Storjohann, Michael J. and Krystyna**, Debtor(s)     Case No.                    (if known)

## SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (check one box)

[ ]  11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.
[X]  11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Residence at 6419 W. Irving Pk. | 735 ILCS 5/12-901 | $15,000.00 | $355,000.00 |
| Plaza Bank Account | 735 ILCS 5/12-1001(b) | $ 1,500.00 | $  1,500.00 |
| Bank One Checking | 735 ILCS 5/12-1001(b) | $  500.00 | $  500.00 |
| Misc. Household Goods and Furnishings | 735 ILCS 5/12-1001(a) 735 ILCS 5/12-1001(b) | $ 1,000.00 $ 1,500.00 | $ 3,000.00 |
| Misc. Wearing Apparel | 735 ILCS 5/12-1001(a) | $  500.00 | $  500.00 |
| Cash register, fax machine, etc. | 735 ILCS 5/12-1001(d) | $  600.00 | $  600.00 |

In re: **Storjohann, Michael J. and Krystyna**, Debtor(s)                    Case No. _____    (if known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

[x ]   Check here if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D * | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C #  6003 169999<br>US Bank Home Mortgage<br>PO Box 20005<br>Owensboro, KY 42304-0006 | | | 1st Mtg. 6419 Irving Park<br><br>VALUE $355,000.00 | | $303,762.00 | |
| A/C # 227100<br>Wilshire Credit Corp.<br>PO Box 8517<br>Portland, OR 97207-8517 | | | 1st Mtg. 3106 N. Lawndale<br><br>VALUE $365,000.00 | | $348,216.25 | |
| A/C # 00000033900838<br>Mazda American Credit<br>c/o Correspondence<br>PO Box 681811<br>Franklin, TN 37068-1811 | | | Auto Loan 2003 Mazda MPV<br><br>VALUE $17,000.00 | | $ 20,000.00 | |
| A/C# 0849583018<br>Fifth Third Bank<br>PO Box 630778<br>Cincinnati, OH 45263-0778 | | | Auto Loan, 2000 Lexus<br><br>VALUE $22,000.00 | | $ 25,700.00 | |
| A/C# | | | <br><br>VALUE $ | | | |
| A/C# | | | <br><br>VALUE $ | | | |
| A/C# | | | <br><br>VALUE $ | | | |
| __0__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | $ | |
| | | | TOTAL<br>(use only on last page) | | $697,678.25 | |

(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

In re: **Storjohann, Michael J. and Krystyna,** Debtor(s)          Case No.                    (if known)

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

[ ] **Wages, salaries and commissions:** Wages, salaries and commissions, including vacation, severance and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,000* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

[ ] **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Certain farmers or fishermen:** Claims of certain farmers and fishermen, up to $4,000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(5).

[ ] **Deposits by individuals:** Claims of individuals up to $1,800* for deposits for the purchase, lease or rental of property or services for personal, family or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

[ ] **Alimony, Maintenance or Support:** Claims of a spouse, former spouse or child of the debtor for alimony, maintenance or support to the extent provided in 11 U.S.C. § 507(a)(7).

[ ] **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998 and every three years thereafter with respect to cases commended on or after the date of adjustment

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C * | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D * | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| | | | | | | |
| A/C # | | | | | | |
| | | | | | | |
| A/C # | | | | | | |
| | | | | | | |
| A/C # | | | | | | |
| | | | | | | |
| Continuation sheets attached | | | Subtotal (Total of this Page) | | | |
| | | | Total (Use only on last page of completed Schedule E) | | $ | |

**If contingent, enter C; if unliquidated, enter U; is disputed, enter D.

In re: **Storjohann, Michael J. and Krystyna,** Debtor(s)          Case No. _____     (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

[ ] Check here if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C * | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D ** | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 4264 2960 7807 4926<br>AAA Financial Services<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | | | | $29,320.00 |
| A/C # 3722 646785 41006<br>American Express<br>PO Box 7863<br>Ft. Lauderdale, FL 33329-7863 | | | | | $  713.82 |
| A/C # 3715 170988 71001<br>American Express<br>PO Box 7863<br>Ft. Lauderdale, FL 33329-7863 | | | | | $ 1,219.79 |
| A/C # 3722 821381 21003<br>American Express<br>777 American Expressway<br>Ft. Lauderdale, FL 33337-0001 | | | | | $22,808.64 |
| A/C # 3732 393571 81000<br>American Express<br>PO Box 297804<br>Ft. Lauderdale, FL 33329-7804 | | | | | $ 7,437.51 |
| A/C # 554 495 009 9<br>BP/Amoco<br>The Credit Card Center<br>PO Box 9014<br>Des Moines, IA 50368-9014 | | | | | $  101.04 |
| A/C # 4319 0410 1904 1989<br>Bank of America<br>PO Box 53132<br>Phoenix, AZ 85072-3132 | | | | | $ 3,213.84 |
| __6__ Continuation Sheets Attached | | | Subtotal<br>(Total of this Page) | | $ 64,814.64 |
| | | | Total →<br>(Use only on last page of completed Schedule F) | | $ |

* If husband, enter H; if wife, enter W; if joint, enter J; if community, enter C.

**If contingent, enter C; if unliquidated, enter U; is disputed, enter D.

In re: **Storjohann, Michael J. and Krystyna**, Debtor(s)          Case No.          (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C * | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D ** | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 5435 5511 0163 1196<br>Bank One<br>PO Box 8650<br>Wilmington, DE 19899-8650 | | | | | $ 791.79 |
| A/C # 7001 0660 0041 4537<br>Retail Services (Best Buy)<br>PO Box 15521<br>Wilmington, DE 19850-5521 | | | | | $ 1,470.43 |
| A/C # 4791 2415 4768 2125<br>Capital One<br>PO Box 85015<br>Richmond, VA 23285-5015 | | | | | $ 5,448.44 |
| A/C # 00 9117 599 1<br>Carson Pirie Scott<br>PO Box 10327<br>Jackson, MS 39289-0327 | | | | | $ 4,266.65 |
| A/C # 5491 0495 5001 2324<br>Chase Customer Service<br>PO Box 15902<br>Wilmington, DE 19850-5902 | | | | | $14,038.79 |
| A/C # 1523004504875681<br>FNANB (Circuit City)<br>PO Box 100045<br>Kennesaw, GA 30156-9245 | | | | | $ 3,000.00 |
| A/C # 500 928 296<br>Citgo<br>PO Box 9095<br>Des Moines, IA 50368-9095 | | | | | $ 459.18 |
| Sheet No. _1_ of _6___ sheets attached to Schedule Of Creditors Holding Nonpriority Claims. | | | Subtotal<br>(Total of this Page) | | $29,475.28 |
| | | | Total →<br>(Use only on last page of completed Schedule F) | | $ |

\* If husband, enter H; if wife, enter W; if joint, enter J; if community, enter C.

\*\*If contingent, enter C; if unliquidated, enter U; is disputed, enter D.

In re: **Storjohann, Michael J. and Krystyna,** Debtor(s)     Case No. _____     (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C * | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D ** | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 4621 2008 9054 8107<br>Citi Cards<br>PO Box 142319<br>Irving, TX 75014-2319 | | | | | $ 2,246.07 |
| A/C # 6032 5902 9136 2266<br>Citifinancial Retail Svcs.<br>PO Box 22060<br>Tempe, AZ 85285-2060 | | | | | $ 4,786.10 |
| A/C # 0225810879523495<br>Sherman Acquisition<br>PO Box 0569<br>Evansville, IN 47704 | | | Formerly Conseco | | $ 377.29 |
| A/C # 5856 3732 2053 9477<br>Crate & Barrel<br>6939 Americana Pkwy.<br>Reynoldsburg, OH 43068-4116 | | | | | $ 272.44 |
| A/C # 6011 0070 1351 9961<br>Discover, Bankruptcy Dept.<br>PO Box 3008<br>New Albany, OH 43054-3008 | | | | | $11,703.08 |
| A/C # 6011 0073 9025 0180<br>Discover, Bankruptcy Dept.<br>PO Box 3008<br>New Albany, OH 43054-3008 | | | | | $12,318.84 |
| A/C # 853 511 952 6<br>Exxon<br>PO Box 103031<br>Roswell, GA 30076 | | | | | $ 68.49 |
| Sheet No. _2_ of _6_ sheets attached to Schedule Of Creditors Holding Nonpriority Claims. | | | Subtotal<br>(Total of this Page) | | $31,772.31 |
| | | | Total →<br>(Use only on last page of completed Schedule F) | | $ |

\* If husband, enter H; if wife, enter W; if joint, enter J; if community, enter C.

\*\*If contingent, enter C; if unliquidated, enter U; is disputed, enter D.

In re: **Storjohann, Michael J. and Krystyna,** Debtor(s)        Case No. _____        (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC* | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD** | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 4305 5003 8137 8911<br>Fleet<br>PO Box 15480<br>Wilmington, DE 19850-5480 | | | | | $ 4,765.99 |
| A/C # 4326 8203 3541 3779<br>Fleet<br>PO Box 15480<br>Wilmington, DE 19850-5480 | | | | | $ 5,217.93 |
| A/C # 6018 5955 0479 3775<br>Gap / MCCBG<br>PO Box 103090<br>Roswell, GA 30076 | | | | | $    97.11 |
| A/C # 6035 3200 3806 2830<br>Home Depot<br>PO Box 9100<br>Des Moines, IA 50368-9100 | | | | | $ 2,781.01 |
| A/C # 6035 3200 7674 2186<br>Home Depot<br>PO Box 9100<br>Des Moines, IA 50368-9100 | | | | | $ 1,090.02 |
| A/C # 5438 5700 0320 7522<br>Household Credit<br>PO Box 81622<br>Salinas, CA 93912-1622 | | | | | $   139.52 |
| A/C # 918 6011 0035 3255<br>Retail Services (IKEA)<br>PO Box 15521<br>Wilmington, DE 19850-5521 | | | | | $   250.64 |
| Sheet No. _3_ of _6_ sheets attached to Schedule Of Creditors Holding Nonpriority Claims. | | | Subtotal<br>(Total of this Page) | | $14,342.22 |
| | | | Total → <br>(Use only on last page of completed Schedule F) | | $ |

* If husband, enter H; if wife, enter W; if joint, enter J; if community, enter C.

**If contingent, enter C; if unliquidated, enter U; is disputed, enter D.

In re: **Storjohann, Michael J. and Krystyna**, Debtor(s)          Case No. _____ (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C * | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D ** | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 5329 0147 3707 2706<br>MBNA<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | | | | $ 918.20 |
| A/C # 6004 3009 0080 3294<br>Retail Services (Menards)<br>PO Box 15521<br>Wilmington, DE 19850-5521 | | | | | $ 1,638.46 |
| A/C # 6004 3009 1159 2092<br>Retail Services (Menards)<br>PO Box 15521<br>Wilmington, DE 19850-5521 | | | | | $ 3,177.45 |
| A/C # 6034 5907 0101 4141<br>Monogram CC Bank GA (ABT TV)<br>PO Box 276<br>Dayton, OH 45401 | | | | | $ 2,338.66 |
| A/C # 6034 5907 0101 4307<br>Monogram CC Bank GA (ABT TV)<br>PO Box 276<br>Dayton, OH 45401 | | | | | $ 2,190.50 |
| A/C # 1118 85 434<br>Nordstrom<br>PO Box 13589<br>Scottsdale, AZ 85267-3589 | | | | | $ 128.36 |
| A/C # 5435551101631196<br>Wachovia Bank<br>PO Box 15515<br>Wilmington, DE 19886-5515 | | | | | $ 791.79 |

| | | |
|---|---|---|
| Sheet No. _4_ of _6_ sheets attached to Schedule Of Creditors Holding Nonpriority Claims. | Subtotal<br>(Total of this Page) | $11,183.42 |
| | Total →<br>(Use only on last page of completed Schedule F) | $ |

\* If husband, enter H; if wife, enter W; if joint, enter J; if community, enter C.

\*\*If contingent, enter C; if unliquidated, enter U; is disputed, enter D.

In re: **Storjohann, Michael J. and Krystyna**, Debtor(s)                    Case No.                    (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C * | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D ** | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 4246 3113 5537 7653<br>Bank One<br>PO Box 8650<br>Wilmington, DE 19899-8650 | | | | | $ 8,957.14 |
| A/C # 77 1047 415804 5<br>Sam's Club<br>PO Box 103036<br>Roswell, GA 30076 | | | | | $  878.30 |
| A/C # 511 302 598<br>Shell<br>PO Box 9151<br>Des Moines, IA 50368-9151 | | | | | $  247.15 |
| A/C # 5298 0010 9600 0045<br>Bank One<br>PO Box 8650<br>Wilmington, DE 19899-8650 | | | | | $ 2,428.09 |
| A/C # 3 243 869 876 90<br>Retailers National Bank<br>c/o Target Credit Services<br>PO Box 1581<br>Minneapolis, MN 55440-1581 | | | | | $  245.86 |
| A/C # 4856 2006 0014 6594<br>Wells Fargo<br>PO Box 348750<br>Sacramento, CA 90054-0349 | | | | | $ 5,068.76 |
| A/C # 31 924 115<br>Younkers<br>PO Box 10327<br>Jackson, MS 39289-0327 | | | | | $  110.59 |
| Sheet No. _5_ of _6_ sheets attached to Schedule Of Creditors Holding Nonpriority Claims. | | | **Subtotal**<br>(Total of this Page) | | $ 17,935.89 |
| | | | **Total →**<br>(Use only on last page of completed Schedule F) | | $ |

\* If husband, enter H; if wife, enter W; if joint, enter J; if community, enter C.
\*\*If contingent, enter C; if unliquidated, enter U; is disputed, enter D.

In re: **Storjohann, Michael J. and Krystyna**, Debtor(s)          Case No.          (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C * | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D ** | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 240748707-DH<br>Destiny Health Insurance Co. c/o<br>D & B RMS<br>P.O. Box 3100<br>Naperville, IL  60566-7099 | | | Unpaid health insurance | | $862.13 |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |

| | | |
|---|---|---|
| Sheet No. _6_ of _6____ sheets attached to Schedule Of Creditors Holding Nonpriority Claims. | Subtotal<br>(Total of this Page) | $    862.13 |
| | Total → <br>(Use only on last page of completed Schedule F) | $170,385.89 |

\* If husband, enter H; if wife, enter W; if joint, enter J; if community, enter C.

\*\*If contingent, enter C; if unliquidated, enter U; is disputed, enter D.

In re: **Storjohann, Michael J. and Krystyna,** Debtor(s)          Case No.                    (if known)

# SCHEDULE G – EXECUTORY CONTRACTS AND UNEXPIRED LEASES

[ x ]   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OF LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

In re: **Storjohann, Michael J. and Krystyna,** Debtor(s)        Case No.                    (if known)

# SCHEDULE H – CODEBTORS

[ X ]   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS CREDITOR |
|---|---|
| | |

In re: **Storjohann, Michael J. and Krystyna**, Debtor(s)          Case No.          (if known)

# SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | Names: | Age | Relationship |
| Married | | | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Registered Nurse | Florist |
| Name of Employer | Independence Plus, Inc. | Self employed |
| How Long Employed | | |
| Address of Employer | 6707 North Ave., Oak Park, IL 60302 | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary and commissions (pro rate if not paid monthly) | $6,512.00 | |
| Estimate monthly overtime | | |
| SUBTOTAL | $6,512.00 | |
| Less Payroll Deductions: | | |
| a. Payroll taxes and social security | $1,007.67 | |
| b. Insurance | $ 953.00 | |
| c. Union dues | | |
| d. Other (specify) | | |
| | | |
| | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $1,960.67 | |
| TOTAL NET MONTHLY TAKE HOME PAY | $4,551.33 | |
| Regular income from operation of business or profession or farm (attach detailed stmt.) | | $1,901.67 |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | |
| Social security or other government assistance (specify) | | |
| | | |
| | | |
| Pension or retirement income | | |
| Other monthly income (specify): Rental income | $1,025.00 | |
| | | |
| | | |
| | | |
| TOTAL MONTHLY INCOME | $5,576.33 | $1,901.67 |

| TOTAL COMBINED MONTHLY INCOME | $7,478.00 | (Report also on Summary of Schedules) |
|---|---|---|

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re: Michael J. and Krystyna Storjohann

ADDENDUM TO SCHEDULE I: Business income and Expenses

AVERAGE MONTHLY GROSS RECEIPTS                                    $ 3,466.67

BUSINESS EXPENSES:

| | |
|---|---|
| Telephone and fax | $ 120.00 |
| Advertising | $ 90.00 |
| Utilities | $ 200.00 |
| Insurance | $ 35.00 |
| Business License | $ 10.00 |
| Accounting | $ 50.00 |
| Office supplies and expenses | $ 60.00 |
| Cost of goods sold | $1,000.00 |
| | $1,565.00 |

MONTHLY INCOME FROM BUSINESS                                     $ 1,901.67

In re: **Storjohann, Michael J. and Krystyna**, Debtor(s)          Case No.          (if known)

# SCHEDULE J – CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home): 1st mtg. 6419 W. Irving Park | $1,930.00 |
| Are real estate taxes included? [x] Yes [ ] No    Is property insurance included? [ ] Yes [x] No | |
| 1st Mtg. 3106 N. Lawndale | $2,686.00 |
| | |
| Utilities:    Electricity and heating fuel | $ 200.00 |
|        Water and sewer | $ 68.00 |
|        Telephone | $ 100.00 |
| | |
| | |
| Home maintenance (repairs and upkeep) | $ 80.00 |
| Food | $ 380.00 |
| Clothing | $ 54.00 |
| Laundry and dry cleaning | $ 65.00 |
| Medical and dental expenses | $ 70.00 |
| Transportation (not including car payments) | $ 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| Charitable contributions | |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|        Homeowner's or renter's | $ 145.00 |
|        Life | |
|        Health | |
|        Auto | $ 127.00 |
| | |
|        Other | |
| | |
| | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|        (Specify)  Real estate taxes for 3106 N. Lawndale | $ 268.00 |
| | |
| | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|        Auto | |
|        Other | |
| | |
| | |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other | |
| | |
| | |
| | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $6,323.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually or at some other regular interval

| | |
|---|---|
| A.  Total projected monthly income | $7,478.00 |
| B.  Total projected monthly expenses | $6,323.00 |
| C.  Excess income (A minus B) | $1,155.00 |
| D.  TOTAL AMOUNT TO BE PAID INTO PLAN EACH (insert interval) | $1,155.00 |

UNITED STATES BANKRUPTCY COURT    NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re: **Storjohann, Michael J. and Krystyna**, Debtor(s)    Case No. _____    (if known)

See summary below for the list of schedules. Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once. Even when a claim is secured only in part, or entitled to priority only in part, it should be listed only once. A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice, If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A – Real Property | Y | -- | $720,000.00 | | |
| B – Personal Property | Y | 2 | $ 45,900.00 | | |
| C – Property Claimed as Exempt | Y | 1 | | | |
| D – Creditors Holding Secured Claims | Y | 1 | | $697,678.25 | |
| E – Creditors Holding Unsecured Priority Claims | Y | 1 | | $    0.00 | |
| F – Creditors Holding Unsecured Nonpriority Claims | Y | 7 | | $170,385.89 | |
| G – Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H – Codebtors | Y | 1 | | | |
| I – Current Income of Individual Debtor(s) | Y | 1 | | | $7,478.00 |
| J – Current Expenditures of Individual Debtor(s) | Y | 1 | | | $6,323.00 |
| Total Number of Sheets of All Schedules | | 16 | | | |
| Total Assets | | | $765,900.00 | | |
| Total Liabilities | | | | $868,064.14 | |

UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In re: Storjohann, Michael J. and Krystyna, Debtor(s)          Case No.          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules consisting of  16  sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: 7-1-4          Signature _Michael J. Storjohann_
                                              Debtor

Date: 7.1.04          Signature _Krystyna Storjohann_
                              (Joint Debtor, if any) (If joint case, both spouses must sign.)

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. §110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
                                                                            Social Security No.
Printed or typed Name of Bankruptcy Petition Preparer

Address: _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
                                                                            Date
Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____          Signature: _____
                                                                  (Print or type name of individual signing on behalf of debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to the debtor.)

United States Bankruptcy Court for the **Northern District of Illinois, Eastern Division**

In re: **Storjohann, Michael J. and Krystyna,** Debtor(s)

Case No.

**STATEMENT OF FINANCIAL AFFAIRS**

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete questions 16-21. If the answer to any question is "None" or the questions is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known) and the number of the question.

**DEFINITIONS**

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: An officer, director, managing executive or person in control of a corporation; a partner, other than a limited partner,; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: Relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director or person in control; officers, directors and any person is control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

[  ] None   **1. Income from Employment or Operation of Business**
State the gross amount of income the debtor has received from employment, trade or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Give **amount and source** (if more than one).

2004 year-to-date, approx.:   $26,000.00 husband; $0.00 wife
2003, approximately:           $76,000.00

All from Debtors's Earnings

[x] None   **2. Income Other than from Employment or Operation of Business**
State the amount of income received by the debtor other than from employment, trade, profession or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give **amount and source.**

**3. Payments to Creditors**
[x] None  a. List all payments on loans, installment purchases of goods or services and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. (Give **name and address of creditor, dates of payments, amount paid and amount still owing.**

[x] None  b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give **name and address of creditor and relationship to debtor, date of payment, amount paid and amount still owing.**

**4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments**
[x] None  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition

is filed, unless the spouses are separated and a joint petition is not filed.) Give **caption of suit and case number, nature of proceeding, court or agency and location, and status or disposition.**

[x] None   b. Describe all property that has been attached, garnished, seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give **name and address of person for whose benefit property was seized, date of seizure and description and value of property.**

[x] None **5. Repossessions, Foreclosures and Returns**
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give **name and address of creditor or seller, date of repossession, foreclosure sale, transfer or return, and description and value of property.**

**6. Assignments and Receiverships**
[x] None   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give **name and address of assignee, date of assignment and terms or assignment or settlement.**

[x] None   b. List all property which has been in the hands of a custodian, receiver or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give **name and address of custodian, name and location of court, case title and number, date of order and description and value of property.**

[x] **7. Gifts**
List all gifts or charitable contributions within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Give **name and address of person or organization, relationship to debtor, if any, date of gift and description and value of gift.**

[x] None **8. Losses**
List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give **description and value of property, description if circumstances and, if loss was covered in whole or in part by insurance, give particulars and date of loss.**

[  ] None   **9. Payments Related to Debt Counseling or Bankruptcy**
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case. Give **name and address of payee, date of payment, name or payor**

$806.00 plus filing fee paid to Christine Piesiecki for this proceeding

if other than debtor and amount of money or description and value of property.

[ ] None **10. Other Transfers**
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give **name and address of transferee, relationship to debtor, date, and describe property transferred and value received.**

[x] None **11. Closed Financial Accounts**
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings or other financial accounts, certificates of deposit or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Give **name and address of institution, type and number of account and amount of final balance and amount and date of sale or closing.**

[x] None **12. Safe Deposit Boxes**
List each safe deposit or other box or depository in which the debtor has or had securities, cash or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give **name and address of bank or other depository, names and addresses of those with access to box or depository, description of contents and date of transfer or surrender, if any.**

[x] None **13. Setoffs**
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 50 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give **name and address of creditor, date of setoff and amount of setoff.**

[x] None **14. Property Held for Another Person**
List all property owned by another person that the debtor holds or controls. Give **name and address of owner, description and value of property and location of property.**

[x] None **15. Prior Address of Debtor**
If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse. Give **address, name used and dates of occupancy.**

In Oct. 2003 Debtor wife's name was taken off a certificate of deposit owned by her brother, and to which Debtor wife never contributed any money

0 continuation sheets attached

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **two years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within the* **two years** *immediately preceding the commencement of this case.)*

16. **Nature, location and name of business**

None  **a.**   If the debtor is an individual, list the names and addresses of all businesses in which the debtor
☐      was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **two years** immediately preceding the commencement of this case.

**b.**   If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

**c.**   If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

| Name | Address | Nature of business | Beginning and ending Dates of operation |
|------|---------|--------------------|-----------------------------------------|

Debtor was the owner of Storjohann Gallery, Inc. from 1996 to 2003, at which time, this corporation was dissolved. Debtor continues to solely operate this floral business, but as a sole proprietor.

Storjohann Gallery, 6419 W. Irving Park, Chicago, IL 60634

17. **Books, records and financial statements**

None  **a.**   List all bookkeepers and accountants who within the **six years** immediately preceding the filing
☒      of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name | Address | Dates services rendered |
|------|---------|-------------------------|

None  **b.**   List all firms or individuals who within the **two years** immediately preceding the filing of this
☒      bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| Name | Address | Dates services rendered |
|------|---------|-------------------------|

None

[x]  **c.**  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, please explain.

Name

Address

None

[x]  **d.**  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

Name

Address

Date issued

**18.  Inventories**

None

[x]  **a.**  List the dates of the last **two** inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

Date of inventory

Inventory supervisor

Dollar amount of inventory
(Specify cost, market or other basis)

None

[x]  **b.**  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

Date of inventory

Name and addresses of custodian
of inventory records

**19.  Current partners, officers, directors and shareholders**

None

[x]  **a.**  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

Name and address

Nature of interest

Percentage of interest

None b.   If the debtor is a corporation, list all officers and directors of the corporation, and each
[X]   stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting
securities of the corporation.

| Name and address | Title | Nature and percentage of stock ownership |
|---|---|---|

## 20.  Former partners, officers, directors and shareholders

None a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one**
[X]   **year** immediately preceding the commencement of this case.

| Name | Address | Date of withdrawal |
|---|---|---|

None b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation
[x]   terminated within **one year** immediately preceding the commencement of this case.

| Name and address | Title | Date of termination |
|---|---|---|

## 21.  Withdrawals from a partnership or distributions by a corporation

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given
[x]   to an insider, including compensation in any form, bonuses, loans, stock redemptions, options
exercised and any other perquisite during **one year** immediately preceding the commencement of
this case.

| Name and address of recipient | Relationship to debtor | Date and purpose of withdrawal | Amount of money or description and value of property |
|---|---|---|---|

© 1994 E-Z LEGAL FORMS®

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: _7 - 1 - Y_ .        Signature
                            of Debtor _Michael F. Stoyan_

Date: _7.01.04_ .         Signature
                            of Joint Debtor
                            (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date: _____        Signature _____

                                         _____
                                         Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

### CERTIFICATE AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. §110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed of Typed Name of Bankruptcy Petition Preparer        Social Security No.

                                         Names and Social Security numbers of all other individuals who
_____        prepared or assisted in preparing this document:
Address

_____

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____        _____
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 US.C. §110; 18 U.S.C. §156.*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.